HASBROUCK HEIGHTS HOSPITAL ASSOCIATION, PLAIN-TIFF-PETITIONER, v. BOROUGH OF HASBROUCK HEIGHTS, *ET AL.*, DEFENDANTS-RESPONDENTS.

See same case below: 27 *N. J. Super.* 576.

*Messrs. Pachella & Chary* for the petitioner.

*Messrs. Chandless, Weller & Kramer* for the respondents.

January 25, 1954. Granted.

SAMUEL D'AGOSTINO, PETITIONER-PETITIONER, v. RELIANCE PICTURE FRAME CO., DEFENDANT-RESPOND-ENT.

*Mr. Paul Colvin* for the petitioner.

*Messrs. Schreiber, Lancaster & Demos* for the respondent.

January 25, 1954. Granted.